

**SO ORDERED.**

**SIGNED October 28, 2013.**

_____

**HENLEY A. HUNTER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**IN RE:**     DUSTIN SCOTT DELANCY                    CASE NO: 10-31042
               JAMIE NICHOLE DELANCY

## ORDER

Considering the Exparte Motion to Dismiss and it appearing proper in its premises,

**IT IS ORDERED,** that the above captioned chapter 13 bankruptcy be and the same is

hereby dismissed with a 109(g)(1) finding.

###

This order was prepared and is being submitted by:

E. Eugene Hastings, Chapter 13 Trustee
Bar No: 14360
P. O. Box 14477
Monroe, LA 71207
318-651-7733